PS8
(8/88)

# United States District Court
## for the
## Eastern District of Michigan

U.S.A. vs. **Howard Quant**                          Docket No. 2:11CR20129-023

### Petition for Action on Conditions of Pretrial Release

COMES NOW Ryan A. Helms, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant <u>Howard Quant</u>, who was placed under pretrial release supervision by the Honorable <u>Mark A. Randon</u> sitting in the court at <u>United States District Court</u>, on <u>July 13, 2011</u>, under the following conditions:

1. $10,000 Unsecured Bond
2. Report as directed to Pretrial Services
3. Avoid all contact, directly or indirectly, with any member of the Devil's Disciples
4. Refrain from the use and/or possession of any illegal or controlled substance not prescribed by a licensed medical practitioner
5. Submit to drug testing and/or drug treatment as directed

**Respectfully presenting petition for action of court and for cause as follows:**
(if short insert here; if lengthy write on separate and attach)

The defendant has been charged in the instant offense with violations of Title 18, United States Code, Section 922(g)(1) - Felon in Possession of Firearms and Ammunition. Therefore, Pretrial Services respectfully recommends that the Court amend the defendant's bond to include the condition that he not use or possess any firearms, destructive devices, or other dangerous weapons. Assistant United States Attorney Eric Strauss was notified of this request and had no objections, also a message was left at the office of Defense Attorney Michael McCarthy.

**PRAYING THAT THE COURT WILL ORDER** the defendant's conditions of release be amended to include the condition that the defendant refrain from possessing any firearms, destructive devices, or other dangerous weapons.

ORDER OF COURT

Considered and ordered this __19th__ day of __July__, 20__12__ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge
Robert H. Cleland

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 19, 2012

_____
U.S. Pretrial Services Officer
Ryan A. Helms

Place: Detroit, Michigan

Date: July 19, 2012